IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Caterpillar Financial Services Corporation | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:07cv729 (JCC/TCB) |
| v. | ) | |
| | ) | |
| Mathew Hill and | ) | |
| Jennifer Terczak | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the January 18, 2008, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge, and the proposed Order submitted by the plaintiffs is this day entered.

/s/
James C. Cacheris
**United States District Judge**

Alexandria, Virginia
February 26, 2008